```
                        United States Bankruptcy Court
                            District of Puerto Rico
In re:                                                      Case No. 11-06446-SEK
JUANA RODRIGUEZ LOPEZ                                       Chapter 13
     Debtor                   CERTIFICATE OF NOTICE

District/off: 0104-3          User: romoj              Page 1 of 1        Date Rcvd: Aug 01, 2011
                              Form ID: pdf001          Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2011.
```
db          +JUANA RODRIGUEZ LOPEZ,    HC 04 BOX 18166,    CAMUY, PR 00627-9510
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR 00918
3266320      CAMUY COOP,    300 BALTAZAR JIMENEZ MENDEZ,    CAMUY, PR 00627
3266321     +HATICOOP,    PO BOX 95,    HATILLO, PR 00659-0095
3266322      ISLAND FINANCE,    ORIENTAL BANK GROUP BUILIDING 998,    CALLE SAN ROBERTO SUITE 300,
              RIO PIEDRAS, PR 00926
3266323     +LCDO LUIS CRUZ VELEZ,    PO BOX 95,    HATILLO, PR 00659-0095
3266324     +REINALDO RODRIGUEZ RODRIGUEZ,    HC 4 BOX 18166,    CAMUY, PR 00627-9510
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Aug 01 2011 19:22:49     US TRUSTEE,    EDIFICIO OCHOA,
              500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2011**            **Signature:** _Joseph Speetjens_

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                         Case No. **11-06446-13**

**RODRIGUEZ LOPEZ, JUANA**                     Chapter **13**
                         Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/29/2011**                       ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION           Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **36** = $ **7,200.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **7,200.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **7,200.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ JUANA RODRIGUEZ LOPEZ**
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
        ☑ Paid 100% / ☐ Other: _____
Cr. **CAMUY COOP** Cr. _____ Cr. _____
# **35294** # _____ # _____
$ **3,192.16** $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
1) DEBTOR SURRENDER ANY INTEREST IN FAVOR OF HATICOOP AND CAMUY COOP. (SAVINGS, SHARES ANS DEPOSITS).

2) DEBTOR DOES NOT HAVE TO FILED INCOME TAX RETURNS. HOWEVER, IF DEBTOR, DURING THE LIFE OF THE PLAN HAVE TO FILE INCOME TAX REFUNDS: IT WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. IN THIS CASE, THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE FUNDS.

Attorney for Debtor **Hatillo Law Office**    S/**JAIME RODRÍGUEZ-PÉREZ**    Phone: **(787) 262-4848**

**CHAPTER 13 PAYMENT PLAN**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only